# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **RICK RUGGLES**<br>County Road 59<br>Box 908<br>Chesapeake, Ohio 45619<br><br>       Plaintiff,<br>v.<br><br>**COLLECTO, INC. d/b/a EOS CCA**<br>c/o CT Corporation System<br>1300 East Ninth Street<br>Cleveland OH 44114,<br><br>       Defendant. | Case No: 1:14-cv-83<br><br>JURY DEMAND REQUESTED<br><br>**CIVIL COMPLAINT**<br>**(Unlawful Debt Collection Practices)** |

## COMPLAINT

PLAINTIFF, Rick Ruggles (Plaintiff), by his attorneys, KAHN AND ASSOCIATES, L.L.C., alleges the following against DEFENDANT, Collecto, Inc. d/b/a EOS CCA and/or Collection Company of America (Defendant):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

3. Because Defendant conducts business in Ohio, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5. Plaintiff is a natural person who resides in the City of Chesapeake, Lawrence County, Ohio and is allegedly obligated to pay a debt, and Plaintiff is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

6. Pursuant to the definitions outlined in *15 U.S.C. 1692a(1-6)*, Defendant is a debt collector and sought to collect a consumer debt from Plaintiff which was allegedly due and owing from Plaintiff, and Plaintiff is a consumer debtor.

7. Defendant is a Massachusetts corporation and debt collector with an office in Norwell, Massachusetts.

8. Defendant uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

9. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

10. Defendant, using telephone number 877.667.6048, places calls to the Plaintiff at telephone number 740.894.6552.

11. Defendant places calls to Plaintiff seeking location or other contact information to facilitate the Defendant's collection of a debt from the Plaintiff's granddaughter Ashley Music, an alleged consumer debtor.

12. Plaintiff has advised Defendant several times that his granddaughter lives in Texas and cannot be contacted through his telephone number. Plaintiff has asked Defendant cease contacting him further regarding his granddaughter's alleged debt.

13. Despite being so informed, Defendant continues to place calls to Plaintiff for the purposes of annoying or harassing the Plaintiff.

14. Defendant has no reasonable basis to believe Plaintiff will provide Defendant with any further information and Plaintiff has never requested that the Defendant continue to contact him.

## COUNT I

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692b(3)* by, in a communication with a person other than the consumer, communicating with that person more than once unless requested to do so by that person, or without the reasonable belief that the earlier response was erroneous or incomplete and that the person now has correct or complete location information.

    b. Defendant violated *§1692d* by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

    c. Defendant violated *§1692d(5)* by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

WHEREFORE, Plaintiff, Rick Ruggles, respectfully requests judgment be entered against Defendant, for the following:

16. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

18. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff, Rick Ruggles, requests a jury trial in this case.

Respectfully submitted,

**KAHN & ASSOCIATES, LLC**

*/s/ J. Daniel Scharville*

J. DANIEL SCHARVILLE (0071132)
6200 Rockside Woods Blvd., Suite 215
Cleveland, Ohio 44131
216.621.6101 Telephone
216.621.6006 Facsimile
Attorney for Plaintiff