## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| RICK RUGGLES, } | CASE NO. 1:14-cv-83 |
| Plaintiff, } | JUDGE: Susan J. Dlott |
| v. } | **NOTICE OF SETTLEMENT** |
| COLLECTO, INC. } | |
| Defendant. } | |

Plaintiff RICK RUGGLES, by and through undersigned counsel, states that the parties have reached a mutual agreement to settle the above-captioned matter and that a Notice of Dismissal will be forthcoming.

Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C.

*/s/ J. Daniel Scharville*

J. DANIEL SCHARVILLE (0071132)
6200 Rockside Woods Blvd – Suite 215
Independence, Ohio 44131
(216) 621-6101
(216) 621-6006 Facsimile
Attorney for Plaintiff