# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

RICK RUGGLES,

        Plaintiff,

Case No. 1:14-cv-00083-SJD

v.

COLLECTO, INC., dba EOS CCA,

        Defendant.

_____/

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff, Rick Ruggles, and defendant Collecto, Inc. dba EOS CCA, by and through their undersigned counsel, in the above-titled action and stipulate to the dismissal of this action as to all parties, with prejudice, and with no award of costs to any party.

Dated this 18th day of April, 2014.

Approved:

| | |
|---|---|
| /s/ J. Daniel Scharville | /s/ Michael D. Slodov |
| J. Daniel Scharville     r | SESSIONS, FISHMAN, NATHAN & |
| Kahn & Associates LLC | ISRAEL, LLC |
| 6200 Rockside Woods Blvd. | 15 E Summit St |
| Independence, OH 44131 | Chagrin Falls, OH 44022 |
| 216-621-6101 | 440-318-1073 |
| Fax: 216-382-8512 | Fax: 216-359-0049 |
| Email: dscharville@kahnandassociates.com | Email: mslodov@sessions-law.biz |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED:

_____
U.S.D.J.